E. LEIF REID, NV BAR NO. 5750
KRISTEN L. MARTINI, NV BAR NO. 11272
LEWIS ROCA ROTHGERBER LLP
50 West Liberty Street, Suite 410
Reno, Nevada 89501
(775) 823-2900
(775) 823-2929 (fax)
lreid@lrrlaw.com
kmartini@lrrlaw.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SOUTHERN WINE & SPIRITS OF AMERICA INC., a foreign corporation doing business as SOUTHERN WINE & SPIRITS OF NEVADA,<br><br>Plaintiff,<br><br>v.<br><br>DANIELLE PRICE, an individual; MICHAEL PRICE, an individual; BARRIQUE INTERNATIONAL LLC, a dissolved Nevada limited liability company; and DOES I through X, inclusive,<br><br>Defendants. | Case No. 2:14-cv-00388-JCM-PAL<br><br>**STIPULATION AND ORDER TO CONTINUE**<br><br>**(First Request)** |

Plaintiff Southern Wine & Spirits of America, Inc., doing business as Southern Wine & Spirits of Nevada ("Southern Wine"), through counsel of Lewis Roca Rothgerber LLP, and Defendants Danielle Price, Michael Price, and Barrique International LLC ("Defendants"), through counsel of Hejmanowski & McCrea LLC, stipulate as follows:

1. On April 22, 2015, this Court entered its Order, which, among other things, ordered the parties to execute the Settlement and Release Agreement attached as Exhibit A to the Court's April 22, 2015, Order, on or before May 5, 2015. *See* Doc. # 84 at 4.

2. As a part of the Settlement and Release Agreement, the parties were to attach as Exhibit A to that agreement the Liquor Wholesale Designation Forms ("LT08s") for brands of wine covered by the Settlement and Release Agreement. *See id.* at 6.

3. The Exhibit A of the LT08s forms that is to be attached the Settlement and Release Agreement is voluminous. In addition, counsel for Defendants has an obligation outside the State

of Nevada during the week of May 4, 2015. These circumstances have caused the parties to agree that a short, 10-day extension of the date to execute the Settlement and Release Agreement is necessary so that the parties are able to confirm all of the LT08 forms that are required to be attached to the Settlement and Release Agreement.

4. Accordingly, the parties stipulate to extending the currently-ordered May 5, 2015, execution date of the Settlement and Release Agreement by 10 days to May 15, 2015.

5. The remaining dates set forth in this Court's Order of April 22, 2015, shall remain unchanged. *See generally* Doc. # 84 at 4.

IT IS SO STIPULATED.

DATED this 30th day of April, 2015.

| LEWIS ROCA ROTHGERBER LLP | HEJMANOWSKI & McCREA LLC |
|---|---|
| /s/ E. Leif Reid<br>E. Leif Reid, Bar No. 5750<br>Kristen L. Martini, Bar No. 11272<br>50 West Liberty Street, Suite 410<br>Reno, NV 89501<br>(775) 823-2900<br>*Attorneys for Plaintiff* | /s/ Paul R. Hejmanowski<br>Paul R. Hejmanowski, Bar No. 94<br>520 South Fourth Street, Ste. 320<br>Las Vegas, NV 89101<br>(702) 834-8777<br>*Attorneys for Defendants* |

### ORDER

The May 5, 2015, execution date of the Settlement and Release Agreement as ordered in this Court's April 22, 2015, Order (Doc. # 84) shall be extended by 10 days to May 15, 2015. The remaining dates set forth in this Court's April 22, 2015, Order shall remain unchanged.

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

Dated: May 5, 2015