E. LEIF REID, NV BAR NO. 5750
DARREN J. LEMIEUX, NV BAR NO. 9615
KRISTEN L. MARTINI, NV BAR NO. 11272
LEWIS ROCA ROTHGERBER LLP
50 West Liberty Street, Suite 410
Reno, Nevada  89501
(775) 823-2900
(775) 823-2929 (fax)
lreid@lrrlaw.com
dlemieux@lrrlaw.com
kmartini@lrrlaw.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SOUTHERN WINE & SPIRITS OF AMERICA INC., a foreign corporation doing business as SOUTHERN WINE & SPIRITS OF NEVADA,<br><br>Plaintiff,<br><br>v.<br><br>DANIELLE PRICE, an individual; MICHAEL PRICE, an individual; BARRIQUE INTERNATIONAL LLC, a dissolved Nevada limited liability company; and DOES I through X, inclusive,<br><br>Defendants. | Case No. 2:14-cv-00388-JCM-PAL<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER** |

Pursuant to the Court's Order of May 22, 2015 (Docket #91), Plaintiff Southern Wine & Spirits of America, Inc., doing business as Southern Wine & Spirits of Nevada ("Southern Wine"), through its counsel of Lewis Roca Rothgerber LLP, and Defendants Danielle Price, Michael Price, and Barrique International LLC, through their counsel of Hejmanowski & McCrea

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

-1-

5829451_1

LLC, having entered into a Settlement and Release Agreement regarding this matter, stipulate to the dismissal of this action with prejudice. Each party agrees to bear their own attorneys' fees and costs.

Dated this 27th day of May, 2015.

LEWIS ROCA ROTHGERBER LLP

/s/ E. Leif Reid
E. Leif Reid, Bar No. 5750
Darren J. Lemieux, Bar No. 9615
Kristen L. Martini, Bar No. 11272
50 West Liberty Street, Suite 410
Reno, NV 89501
(775) 823-2900
*Attorneys for Plaintiff*

Dated this 27th day of May, 2015.

HEJMANOWSKI & McCREA LLC

/s/ Paul R. Hejmanowski
Paul R. Hejmanowski, Bar No. 94
520 South Fourth Street, Ste. 320
Las Vegas, NV 89101
(702) 834-8777
*Attorneys for Defendants*

## ORDER

Pursuant to the above stipulation, this matter shall be dismissed with prejudice, each party to bear their own attorney's fees and costs.

**IT IS SO ORDERED.**

UNITED STATES DISTRICT JUDGE

Dated: May 28, 2015